Dismissed and Memorandum Opinion filed March 4, 2004









Dismissed and Memorandum Opinion filed March 4, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00095-CR

____________

 

CARL DENNIS
FOSTER, Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
182nd District Court

Harris County,
Texas

Trial Court Cause No. 711,264

 



 

M E M O R A N D U M   O P I N I O N

The trial court signed a judgment adjudicating appellant=s guilt for possession of more than
four, but less than 200, grams of cocaine and sentencing appellant to
confinement for thirty years in the Institutional Division of the Texas
Department of Criminal Justice on June 29, 1998.  Appellant=s pro se notice of appeal was not
filed until January 26, 2004.  The record
before this court contains no indication that appellant was granted an
out-of-time appeal by the Texas Court of Criminal Appeals.








A defendant=s notice of appeal must be filed within thirty days after
sentence is imposed when the defendant has not filed a motion for new
trial.  See Tex. R. App. P. 26.2(a)(1).  A notice of appeal which complies with the
requirements of Rule 26 is essential to vest the court of appeals with
jurisdiction.  Slaton v. State,
981 S.W.2d 208, 210 (Tex. Crim. App. 1998). 
If an appeal is not timely perfected, a court of appeals does not obtain
jurisdiction to address the merits of the appeal, and it can take no action
other than to dismiss the appeal.  Id.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 4, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman. 

Do Not Publish C Tex. R. App. P. 47.2(b).